**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IQOR HOLDINGS INC., *et al.*,[1] | ) | Case No. 20-34500 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF
KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION EFFECTIVE AS OF SEPTEMBER 10, 2020**

> **THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE DAYS FROM THE DATE YOU WERE SERVED WITH THIS APPLICATION.  YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE APPLICATION AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this application (the "Application") for the entry of an order (the "Order"), substantially in the form attached hereto, authorizing the Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date (as defined herein).  In support of this Application, the Debtors submit the declaration of Christopher Marcus, the president of Christopher Marcus, P.C., a partner of Kirkland & Ellis

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/iqor.  The location of the Debtors' service address is:  200 Central Avenue, 7th Floor, St. Petersburg, Florida 33701.

LLP, and a partner of Kirkland & Ellis International LLP (the "Marcus Declaration"), which is attached hereto as **Exhibit A** and the declaration of Runa G. Rosenfield, Executive Vice President and General Counsel of iQor Holdings Inc., which is attached hereto as **Exhibit B** (the "Rosenfield Declaration").  In further support of this Application, the Debtors respectfully state as follows.

### Jurisdiction and Venue

1.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  The Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Bankruptcy Rules 2014(a) and 2016, and rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

### Background

4.      On September 10, 2020 (the "Petition Date"), each of the Debtors other than iQor Receivables SPE LLC and iQor Receivables SPE 2, LLC (collectively, the "iQor SPE Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.[2]  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On September, 10, 2020, the Court entered

---

[2]    On September 14, 2020, the iQor SPE Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

an order [Docket No. 22] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  No entity has requested the appointment of a trustee or examiner in these chapter 11 cases and no official committees have been appointed or designated.

5.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of David A. Kaminsky, Chief Financial Officer of iQor Holdings Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions*, filed on September 11, 2020 [Docket No. 58], incorporated herein by reference.

### Relief Requested

6.      By this Application, the Debtors seek entry of the Order authorizing the retention and employment of Kirkland as their attorneys in accordance with the terms and conditions set forth in that certain engagement letter between the Debtors and Kirkland effective as of March 12, 2020 (the "Engagement Letter"), a copy of which is attached hereto as **Exhibit 1** to the Order and incorporated herein by reference.

### Kirkland's Qualifications

7.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

8.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *See e.g., In re Chesapeake Energy Corp.* 20-33233 (DRJ) (Bankr. S.D. Tex. Aug. 12, 2020); *In re Stage Stores, Inc.*, No. 20-32564 (DRJ) (Bankr. S.D. Tex. July 10, 2020); *In re J.C. Penney Co., Inc.,* No. 20-20182 (Bankr. S.D. Tex. July 2, 2020); *In re Ultra Petroleum Corp.*, No. 20-32631 (MI) (Bankr. S.D. Tex. June 29, 2020)*;*

3

*In re Neiman Marcus Grp. Ltd LLC,* No. 20-32519 (DRJ) (Bankr. S.D. Tex. June 26, 2020); *In re Hornbeck Offshore Servs., Inc.*, No. 20-32679 (DRJ) (Bankr. S.D. Tex. June 18, 2020); *In re Whiting Petroleum Corp.*, No. 20-32021 (DRJ) (Bankr. S.D. Tex. May 6, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (DRJ) (Bankr. S.D. Tex. Apr. 24, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ) (Bankr. S.D. Tex. Mar. 17, 2020); *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 16, 2019); *In re Vanguard Nat. Res., Inc.*, No. 19-31786 (DRJ) (Bankr. S.D. Tex. May 14, 2019); *In re Jones Energy, Inc.*, No. 19-32112 (DRJ) (Bankr. S.D. Tex. May 6, 2019).[3]

9.     In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.   The Debtors believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to be Provided

10.     Subject to further order of the Court, and consistent with the Engagement Letter, the Debtors request the retention and employment of Kirkland to render the following legal services:

a.     advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

b.     advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.     attending meetings and negotiating with representatives of creditors and other parties in interest;

d.     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action

---

3     Because of the voluminous nature of the orders cited in this Application, they are not attached to this Application. Copies of these orders are available upon request to Kirkland.

commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.  preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.  representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.  advising the Debtors in connection with any potential sale of assets;

h.  appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.  advising the Debtors regarding tax matters;

j.  taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.  performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including:  (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

## Professional Compensation

11.  Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.

5

These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

12.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

13.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

14.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

---

[4]     For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]     Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in

15.     Kirkland represented the Debtors during the six-month period before the Petition Date, using the hourly rates listed above and in the Marcus Declaration.  Moreover, these hourly rates are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

16.     The rate structure provided by Kirkland is appropriate and not significantly different from (a) the rates that Kirkland charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kirkland will perform in these chapter 11 cases.

17.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

18.     To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.   In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

---

the Order, Kirkland will provide ten business-days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file any such notice with the Court.

19.   Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.   Kirkland does not charge its clients for incoming facsimile transmissions.   Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.   Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

20.   Per the terms of the Engagement Letter, on March 12, 2020, the Debtors paid $250,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).   Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $5,500,000 in the aggregate.   As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[7]

21.   Pursuant to Bankruptcy Rule 2016(b), Kirkland has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with

---

[7]   The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

22.    As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred but not yet applied to Kirkland's advance payment retainer, the amount of Kirkland's advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

## Kirkland's Disinterestedness

23.    To the best of the Debtors' knowledge and as disclosed herein and in the Marcus Declaration, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Marcus Declaration.

24.    Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## Supporting Authority

25.    The Debtors seek retention of Kirkland as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

26.    Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

27.    The Debtors submit that for all the reasons stated above and in the Marcus Declaration, the retention and employment of Kirkland as counsel to the Debtors is warranted. Further, as stated in the Marcus Declaration, Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Marcus Declaration.

<u>**Notice**</u>

28.    The Debtors have provided notice of this Application to the following parties:  (a) the United States Trustee for the Southern District of Texas; (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) the administrative agent under the Debtors' prepetition priority term loan credit facility and prepetition first lien term loan credit facility, and counsel thereto; (d) the administrative agent under the Debtors' second lien term loan

credit facility, and counsel thereto; (e) the accounts receivable facility lender, and counsel thereto; (f) counsel to the ad hoc group of term loan lenders; (g) the United States Attorney's Office for the Southern District of Texas; (h) the Internal Revenue Service; (i) the attorneys general for the states in which the Debtors operate; (j) the Cash Management Bank; and (k) any party that has requested notice pursuant to Bankruptcy Rule 2002.  A copy of this Application is also available on the website of the Debtors' notice and claims agent at https://omniagentsolutions.com/iqor.  In light of the nature of the relief requested, the Debtors submit that no other or further notice is required.

**<u>No Prior Request</u>**

29.    No prior request for the relief sought in this Application has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  September 28, 2020                    _/s/ Runa G. Rosenfield_
Houston, Texas                                Runa G. Rosenfield
                                              iQor Holdings Inc.
                                              Executive Vice President and General
                                              Counsel

## **Certificate of Service**

I certify that on September 28, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*

Matthew D. Cavenaugh

## <u>EXHIBIT A</u>

**Marcus Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| IQOR HOLDINGS INC., *et al.*,[1] | ) | Case No. 20-34500 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |

**DECLARATION OF**
**CHRISTOPHER MARCUS**
**IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN**
**ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF KIRKLAND & ELLIS**
**LLP AND KIRKLAND & ELLIS INTERNATIONAL**
**LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS**
**IN POSSESSION EFFECTIVE AS OF SEPTEMBER 10, 2020**

I, Christopher Marcus, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Christopher Marcus, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Ave, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in New York.  There are no disciplinary proceedings pending against me.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/iqor.  The location of the Debtors' service address is:  200 Central Avenue, 7th Floor, St. Petersburg, Florida 33701.

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

2.     I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of September 10, 2020* (the "Application").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.     The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.     Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: *See e.g., In re Chesapeake Energy Corp.* 20-33233 (DRJ) (Bankr. S.D. Tex. Aug. 12, 2020); *In re Stage Stores, Inc.*, No. 20-32564 (DRJ) (Bankr. S.D. Tex. July 10, 2020); *In re J.C. Penney Co., Inc.,* No. 20-20182 (Bankr. S.D. Tex. July 2, 2020); *In re Ultra Petroleum Corp.*, No. 20-32631 (MI) (Bankr. S.D. Tex. June 29, 2020*); In re Neiman Marcus Grp. Ltd LLC,* No. 20-32519 (DRJ) (Bankr. S.D. Tex. June 26, 2020); *In re Hornbeck Offshore Servs., Inc.*, No. 20-32679 (DRJ) (Bankr. S.D. Tex. June 18, 2020); *In re Whiting Petroleum Corp.*, No. 20-32021 (DRJ) (Bankr. S.D. Tex. May 6, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (DRJ) (Bankr. S.D. Tex. Apr. 24, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ) (Bankr. S.D. Tex. Mar. 17, 2020); *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 16, 2019); *In re Vanguard Nat. Res., Inc.*, No. 19-31786

2

(DRJ) (Bankr. S.D. Tex. May 14, 2019); *In re Jones Energy, Inc.*, No. 19-32112 (DRJ) (Bankr. S.D. Tex. May 6, 2019).[3]

6.    In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to Be Provided

7.    Subject to further order of the Court and that certain engagement letter dated March 12, 2020 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

    a.    advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

    b.    advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

    c.    attending meetings and negotiating with representatives of creditors and other parties in interest;

    d.    taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

    e.    preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

    f.    representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

---

[3]    Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

**Professional Compensation**

8.     Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.    Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

11.    Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

12.    It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples

---

[4]    For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]    Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]    For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

5

of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

13.    To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices

14.    Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Kirkland does not charge its clients for incoming facsimile transmissions.  Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

## Compensation Received by Kirkland from the Debtors

15.    Per the terms of the Engagement Letter, on March 12, 2020, the Debtors paid $250,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and  *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $5,500,000 in the aggregate.  As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance

6

payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[7]

16.   As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's advance payment retainer, Kirkland's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

17.   Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

### Statement Regarding U.S. Trustee Guidelines

18.   Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by*

---

[7]   The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

KE 68377464

*Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

### Attorney Statement Pursuant to Revised UST Guidelines

19.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.  **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.  **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.  **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [8]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

d.   **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes, for the period from September 10, 2020 through November 10, 2020.

### Kirkland's Disinterestedness

20.   In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  The results of

---

[8]   While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

9

these searches have been disclosed in the Marcus Declaration and on **Scheduled 2** attached hereto. Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

21.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Kirkland has searched on its electronic database for its connection to the entities listed on **Schedule 1** attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information. The following is a list of the categories that Kirkland has searched:[9]

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors and Debtor Affiliates |
| 1(b) | Current Directors and Officers |
| 1(c) | Former Directors and Officers |
| 1(d) | Equity Holders |
| 1(e) | Administrative Agents |
| 1(f) | Bankruptcy Judges |
| 1(g) | Creditor Professionals |
| 1(h) | Debtor Professionals |
| 1(i) | Insurance - Surety Bonds |
| 1(j) | Landlords |
| 1(k) | Lenders |

---

[9]     Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

1(l)        Litigation
1(m)       Ordinary Course Professionals
1(n)       Significant Competitors
1(o)       Confidential Significant Customers
1(p)       Significant Vendors
1(q)       Taxing Authorities
1(r)       Top 30 Unsecured Creditors
1(s)       U.S. Trustee Personnel
1(t)       Utilities

22.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

23.    Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[10]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist

---

[10]  As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

11

or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

24.     None of the entities listed on **Schedule 2** represented more than one percent of Kirkland's fee receipts for the twelve months preceding the Petition Date.

25.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(t)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

26.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described herein.

27.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

28.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration

12

in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

29.    From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

30.    Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

**Specific Disclosures**

31.    As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

**A.    Connections to Holders of Equity Interests in the Debtors.**

32.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, HGGC, LLC ("HGGC") on a variety of matters.  Affiliates of HGGC indirectly own approximately 35% of the equity interests in iQor Holdings Inc.  Kirkland, iQor Holdings Inc., and

13

HGGC are party to a waiver letter, dated February 28, 2018, pursuant to which HGGC agreed to waive any conflict or other objection with respect to Kirkland's representation of iQor Holdings Inc. in these chapter 11 cases.  Prior to Kirkland's representation of the Debtors, Kirkland represented HGGC in connection with HGG's equity investment in iQor Holdings Inc.  Kirkland will not represent HGGC or its affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  All current and prior Kirkland representations of HGGC have been in matters unrelated to these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of HGGC precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

33.   As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Starr Principal Holdings, LLC and certain of its affiliates (collectively, "SCPC") on a variety of matters.  Affiliates of SCPC indirectly own approximately 21% of the equity interests in iQor Holdings Inc.  Prior to Kirkland's representation of the Debtors, Kirkland represented SCPC in connection with SCPC's equity investment in iQor Holdings Inc.  Kirkland will not represent SCPC or its affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  All current and prior Kirkland representations of SCPC have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of SCPC precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

34.   As disclosed on **Schedule 2**, Kirkland in the past has represented TRG Management Hong Kong Ltd. and certain of its affiliates (collectively, "TRG") on a variety of matters. Affiliates of TRG own approximately 38% of the equity interests in iQor Holdings Inc.  Kirkland has not represented and will not represent TRG in connection with any matter in these chapter 11

14

cases during the pendency of these chapter 11 cases.  All prior Kirkland representations of TRG

have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that

Kirkland's prior representation of TRG precludes Kirkland from meeting the disinterestedness

standard under the Bankruptcy Code.

**B.       Connections to the Debtors' Officers and Directors.**

35.    As disclosed below and on **<u>Schedule 2</u>** attached hereto, Kirkland currently

represents, and has formerly represented, certain affiliates, subsidiaries and entities associated with

the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's

current or prior representation of the affiliates, subsidiaries, and entities associated with certain

officers and directors precludes Kirkland from meeting the disinterestedness standard under the

Bankruptcy Code.

36.    Orlando Figueroa and Neil Goldfarb, former directors of iQor Holdings Inc., have

served, or may serve from time to time, in various management and/or director capacities of certain

Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation

of clients for which Messrs. Figueroa and Goldfarb served in management and/or director

capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy

Code.

37.    Greg Benson, Gary Crittenden, and Jill Frizzley, directors of iQor Holdings Inc., have

served, or may serve from time to time, in various management and/or director capacities of certain

Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation

of the clients for which Messrs. Benson or Crittenden or Ms. Frizzley served in management and/or

director capacities precludes Kirkland from meeting the disinterestedness standard under the

Bankruptcy Code.

15

38.   Kirkland currently represents, and has formerly represented, Neil White, a director of iQor Holdings Inc., on a variety of matters.  Kirkland has not represented and will not represent Mr. White in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  All current and prior Kirkland representations of Mr. White have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Mr. White precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.   James Learner, a Kirkland partner, joined Kirkland in 1987 before joining HGGC in 2012.  Mr. Learner served as a managing partner of HGGC and a director or iQor Holdings Inc. before returning to Kirkland in February 2015.  As stated above, affiliates of HGGC indirectly own approximately 35% of the equity interests in iQor Holdings Inc.  Kirkland has instituted formal screening measures to screen Mr. Learner from all aspects of Kirkland's representation of the Debtors in these chapter 11 cases.  Mr. Lerner has had no connection with the Debtors' chapter 11 cases and I do not believe that Mr. Learner's prior position as a managing partner of HGGC or a director of iQor Holdings Inc. precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

C.   **Connections to Certain Lending Institutions.**

40.   As disclosed on **Schedule 2**, Kirkland currently represents, or in the past has represented, Credit Suisse AG, Wells Fargo Securities LLC, Cortland Capital Market Services LLC, The Carlyle Group Inc., CVC Credit Partners, LLC, HPS Investment Partners LLC, Invesco Senior Secured Management, Inc., Silver Point Capital, Deutsche Bank AG, and/or certain of their affiliates (collectively, the "Certain Lending Institutions") on a variety of matters.  The Certain Lending Institutions or affiliates thereof comprise of one or more of the following:  (a) a pre-

16

petition lender to the Debtors; (b) an entity with whom the Debtors have a banking relationship; or (c) current or former agents under certain of the Debtors' credit facility agreements. Kirkland's current and prior representations of the Certain Lending Institutions are in matters unrelated to the Debtors or these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Certain Lending Institutions precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**D.      Connections to Other Entities.**

41.      As disclosed on **Schedule 2**, certain parties in interest in these chapter 11 cases are current or former Kirkland restructuring clients, including Clover Holdings Corporation and Frontier Communications Corporation (the "Restructuring Parties"). Kirkland will not represent the Debtors or the Debtors' non-Debtor affiliates in any matter related to the Restructuring Parties' restructuring matters. Similarly, Kirkland will not represent the Restructuring Parties against the Debtors in any of the Restructuring Parties' restructuring matters. Kirkland's representation of the Restructuring Parties is unrelated to these chapter 11 cases or Kirkland's representation of the Debtors. I do not believe that any of Kirkland's current or former representation of the Restructuring Parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

42.      As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Staple Street Capital Group, LLC ("Staple Street") on a variety of matters. Staple Street is a creditor and significant competitor of the Debtors and party to litigation related to the Debtors. Kirkland, iQor Holdings Inc., and Staple Street are party to a waiver letter, dated November 21, 2018, pursuant to which iQor Holdings Inc. and Staple Street agreed to waive any conflict or other objection with respect to Kirkland's representation of iQor Holdings Inc. or

17

Kirkland's representation of Staple Street in matters unrelated to the Debtors or these chapter 11 cases.  Prior to Kirkland's representation of the Debtors, Kirkland represented Staple Street and iQor Holdings Inc. in connection with Staple Street's acquisition of certain of iQor Holdings Inc.'s logistics and product service assets (the "Staple Street Transaction").  Kirkland will not represent Staple Street in matters related to the Debtors' chapter 11 cases.  I do not believe that these connections preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.  Nevertheless, and out of an abundance of caution, Kirkland has instituted formal screening measures to screen certain Kirkland attorneys that represented Staple Street in connection with the Staple Street Transaction from representing the Debtors in these chapter 11 cases.

**E.      Significant Customers.**

43.      Due to the commercially sensitive and confidential nature of the Debtors' relationships with their significant customers, it is imperative that the identities of these parties remain confidential.  The Debtors will disclose to the U.S. Trustee the identities of the significant customers and Kirkland's connections to such significant customers (including whether such parties are current clients on wholly unrelated matters), and Kirkland believes such disclosure is sufficient and reasonable under the circumstances and at this time. However, should the Court request disclosure of the identities of the significant customers, the Debtors are prepared to file with the Court under seal a version of this Declaration that contains a schedule of the significant customers and Kirkland's connections to such significant customers. For the avoidance of doubt, Kirkland will not represent any of the significant customers in connection with any matter in these chapter 11 cases.

F.      **Other Chapter 11 Professionals.**

44.    As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and formerly has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seek to retain in connection with these chapter 11 cases.  All prior and current Kirkland representations of these professionals have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented and will not represent any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

45.    The Debtors' proposed investment banker is Evercore Group L.L.C. ("Evercore"). As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, Evercore Inc., an affiliate of Evercore, in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented and will not represent Evercore in connection with any matter in these chapter 11 cases.  I do not believe that this representation precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

46.    The Debtors' proposed restructuring advisor is FTI Consulting Inc. ("FTI").  As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, FTI in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented and will not represent FTI in connection with any matter in these chapter 11 cases.  I do not believe that this representation precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

G.      **Kirkland Attorney and Employee Investments.**

47.    From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge.  Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

48.    From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that

20

the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund. To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

49.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**H.     Former Clerks.**

50.     The following Kirkland employees had clerkships in the United States District Court for the Southern District of Texas during the last three years (together, the "Former Clerks"). I do not believe that the Former Clerk's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

51.     Camille E. Peeples, a current Kirkland associate, was a law clerk for the Honorable Andrew S. Hanen of the United States District Court for the Southern District of Texas from 2018

to 2019.  Ms. Peeples began working at Kirkland in September 2019 and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Ms. Peeples' work for the court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

52.     Anna E. Swanson, a current Kirkland associate, was a law clerk for the Honorable Alfred H. Bennett of the United States District Court for the Southern District of Texas from August 2017 to August 2019.  Ms. Swanson began working at Kirkland in November 2019 and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Ms. Swanson's work for the court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

53.     Mya L. Johnson, a current Kirkland associate, was a law clerk for the Honorable Stephen Smith of the United States District Court for the Southern District of Texas from August 2017 to July 2018.  Ms. Johnson began working at Kirkland in September 2018 and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Ms. Johnson's work for the court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**I.     Other Disclosures.**

54.     Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

55.     James H.M. Sprayregen, a Kirkland partner, worked as an attorney at Kirkland from July 1990 until June 2006 and rejoined the firm in December 2008. From June 2006 until December 2008, prior to rejoining the firm, Mr. Sprayregen was co-head of the restructuring group of Goldman Sachs Americas, where he advised U.S. and international clients in restructuring and distressed situations. Certain affiliates of Goldman Sachs are lenders under the Debtors' first lien term loan credit facility. Goldman Sachs is a client of the firm and disclosed on Schedule 1(j) attached hereto. I do not believe that Mr. Sprayregen's prior employment at Goldman Sachs precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

56.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients. Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation. Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

57.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland

23

personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

### Affirmative Statement of Disinterestedness

58.   Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 28, 2020                           Respectfully submitted,

                                                     */s/ Christopher Marcus*
                                                     Christopher Marcus
                                                     as President of Christopher Marcus, P.C., as
                                                     Partner of Kirkland & Ellis LLP; and as Partner
                                                     of Kirkland & Ellis International LLP

25

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Christopher Marcus in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of September 10, 2020* (the "Marcus Declaration").[20]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Marcus Declaration, matching the incomplete or ambiguous name.

---

[20]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Marcus Declaration.

# SCHEDULE 1

### List of Schedules

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | Debtors and Debtor Affiliates |
| 1(b) | Current Directors & Officers |
| 1(c) | Former Directors & Officers |
| 1(d) | Equity Holders |
| 1(e) | Administrative Agents |
| 1(f) | Bankruptcy Judges |
| 1(g) | Confidential Significant Customers |
| 1(h) | Creditor Professionals |
| 1(i) | Debtor Professionals |
| 1(j) | Insurance - Surety Bonds |
| 1(k) | Landlords |
| 1(l) | Lenders |
| 1(m) | Litigation |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Significant Competitors |
| 1(p) | Significant Vendors |
| 1(q) | Taxing Authorities |
| 1(r) | Top 30 Unsecured Creditors |
| 1(s) | US Trustee |
| 1(t) | Utilities |

# SCHEDULE 1(a)

## Debtors and Debtor Affiliates

Allied Interstate LLC
CCT Group Ltd.
Collectech Systems LLC
Cyber City Teleservices (Phils.) Inc.
Cyber City Teleservices Ltd.
Cyber City Teleservices Marketing Inc.
eSolutionNow LLC
First Contact LLC
Interactive Response Technologies LLC
iQor Canada Ltd.
iQor Global Services de Mexico SA de CV
iQor Global Services LLC
iQor Holdings Inc.
iQor Holdings US LLC
iQor I LLC
iQor India Services Private Ltd.
iQor MPC LLC
iQor Netherlands CV
iQor of Texas LP
iQor Panama Inc.
iQor Philippines Inc.
iQor Polska Sp. zoo
iQor Receivables SPE 2 LLC
iQor Receivables SPE LLC
iQor Seller Services LLC
iQor Technologies Inc.
iQor Texas Holdings LLC
iQor Trinidad Ltd.
iQor US Inc.
IRMC Mauritius Ltd.
Receivable Management Services -
    Recovery Division LLC
Receivable Management Services (HK) Ltd.
    (Hong Kong)
Receivable Management Services de
    Mexico S de RL de CV
Receivable Management Services
    International LLC
Receivable Management Services LLC, The
RMS Canada Holding Corp.
RMS Collect Phils. Inc.

Servicios de Corbanza Integral S de RL de
    CV
TechFive LLC
Telmar Allied LLC
Telmar Holdings I Inc.
THC Holdings Inc.

1

## **SCHEDULE 1(b)**

### **Current Directors & Officers**

Benson, Greg
Crittenden, Gary
Frizzley, Jill
Kaminsky, David
Krin, Vladimir
Kucera, Thomas
Lee, Jordan
Lehtio, Martin
Praznik, Gary
Rosenfield, Runa
Smith, Ivona
White, Neil

## SCHEDULE 1(c)

### Former Directors & Officers

Argiropoulos, Mason
Bradley, James
Figueroa, Orlando
Goldfarb, Neil
Grant, Barry
Greer, Scott
Hanlon, Gregory
Khanna, Robert
Krishnan, Svetlana
Liebel, Hartmut
Long, Connie
Moochhala, Murtaza
Perrino, Celeste
Pester, David
Schuitt, Stephanie
Strazzeri, Joseph
Swedberg, Jeffrey
Sykora, Peter
Vogt, James

## <u>SCHEDULE 1(d)</u>

### <u>Equity Holders</u>

Antares Capital 4 LP
Bach II Tech II LP
Bach II Tech LP
Huntsman Gay Capital Partners Fund
iQor Sponsor Holdings LLC
Jabil Inc.
Liebel, Hartmut
Merritt, Norman
Starr International Cayman Inc.

## **SCHEDULE 1(e)**

### **Administrative Agents**

Alter Domus Management Co. SA
Credit Suisse AG
Wells Fargo & Co.
Wilmington Savings Fund Society FSB

## **SCHEDULE 1(f)**

### **Bankruptcy Judges**

Bohm, Jeff
Isgur, Marvin
Jones, David R.
Norman, Jeffrey P.
Rodriguez, Eduardo V.

## SCHEDULE 1(g)

### Confidential Significant Customers

[CONFIDENTIAL]

# SCHEDULE 1(h)

## Creditor Professionals

Focus Management Group
Gibson Dunn & Crutcher LLP
Greenberg Traurig LLP
Greenhill & Co. Inc.
Willkie Farr & Gallagher LLP
Wilmer Cutler Pickering Hale & Dorr LLP

# **SCHEDULE 1(i)**

## **Debtor Professionals**

Evercore Inc.
FTI Consulting Inc.
Jackson Walker LLP
OMNI Management Group LLC

## SCHEDULE 1(j)

### Insurance - Surety Bonds

ACE American Insurance Co.
Allied World Specialty Insurance Co.
Argonaut Insurance Co.
Atlantic Specialty Insurance Co.
Axis Insurance Co.
Barbican Managing Agency Ltd.
Beazley Insurance Co. Inc.
Canopius Managing Agents Ltd.
Endurance Assurance Corp.
Hiscox Insurance Co. Inc.
Hiscox Syndicates Ltd.
Hudson Insurance Co.
Lloyd's America Inc.
National Union Fire Insurance Co. of Pittsburgh, PA
RLI Insurance Co.
Sentry Insurance
Starr Indemnity & Liability Co. Inc.
Tarian Underwriting Ltd.
Travelers Insurance Co.
XL Insurance America Inc.
Zurich American Insurance Co.

## SCHEDULE 1(k)

### Landlords

1000 Corp.
1719 Route 10 LLC
AFS 1122 ALMA Ltd.
AG-AW North Tempe Owner LLC
Big-Sky Commercial Property Investments LLC
Blomquist Properties
Carolina Capital Partners LLC
Cleveland Properties LLC
Direct Invest - Riverbend Executive Park 1 LLC
Direct Invest - Riverbend Executive Park 2 LLC
Direct Invest - Riverbend Executive Park 3 LLC
Direct Invest - Riverbend Executive Park LLC
DQ Associates LLC
Duke Management Services Inc.
Fourteen Re Priatek LLC
Global Real Estate Management LLC
Hamilton ADA LLC
Jet 55 Property Owner LLC
JMCR Legacy LLC
Maple Group LLC, The
Midtown Central Square LLC
NACOT I LLC
NCC - Cabana LLC
NCC - Madison LLC
NCC - Parkside LLC
Plymouth Southpark LLC
Pueblo, City of (CO)
RCS - Naperville LLC
Regus Management Group LLC
Richfield Commons LLC
Sarasota Ellis Associates LLC
Scott Unlimited LLC
Sunbeam Properties Inc.
Triple Net Investments XXII LP
Tucson Centre East LLC
Twenty-Fifth Avenue LLC

## SCHEDULE 1(l)

### Lenders

Alpine Funding LLC
Arch Investment Holdings IV Ltd.
Axis Specialty Ltd.
BayCity Alternative Invest Funds SICAV
    SIF - BayCity US Senior Loan Fund
BayCity Long Short Credit Master Fund
BayCity Senior Loan Fund LP
Black Diamond CLO 2013 1 Ltd.
Black Diamond CLO 2014 1 Ltd.
Black Diamond CLO 2015 1 Designated
    Activity Co.
Black Diamond CLO 2016 1 Ltd.
Black Diamond CLO 2017 1 Ltd.
Black Diamond CLO 2017 2 Designated
    Activity Co.
California Street CLO IX LP
California Street CLO V Ltd.
California Street CLO XII Ltd.
Cardinal Fund LP
Carlyle C17 Ltd.
Carlyle Global Market Strategies CLO
    2012-3 Ltd.
Carlyle Global Market Strategies CLO
    2012-4 Ltd.
Carlyle Global Market Strategies CLO
    2013-1 Ltd.
Carlyle Global Market Strategies CLO
    2013-2 Ltd.
Carlyle Global Market Strategies CLO
    2013-3 Ltd.
Carlyle Global Market Strategies CLO
    2013-4 Ltd.
Carlyle Global Market Strategies CLO
    2014-1 Ltd.
Carlyle Global Market Strategies CLO
    2014-2-R Ltd.
Carlyle Global Market Strategies CLO
    2014-3-R Ltd.
Carlyle Global Market Strategies CLO
    2014-4 Ltd.
Carlyle Global Market Strategies CLO
    2014-5 Ltd.

Carlyle Global Market Strategies CLO
    2015-1 Ltd.
Carlyle Global Market Strategies CLO
    2015-2 Ltd.
Carlyle Global Market Strategies CLO
    2015-3 Ltd.
Carlyle Global Market Strategies CLO
    2015-4 Ltd.
Carlyle Global Market Strategies CLO
    2015-5 Ltd.
Carlyle Global Market Strategies CLO
    2016-1 Ltd.
Carlyle Global Market Strategies CLO
    2016-2 Ltd.
Carlyle Global Market Strategies CLO
    2016-3 Ltd.
Carlyle GMS Opportunistic Credit Fund (M-
    2015) LP
Carlyle US CLO 2016-4 Ltd.
Carlyle US CLO 2017-1 Ltd.
Carlyle US CLO 2017-2 Ltd.
Carlyle US CLO 2017-3 Ltd.
Carlyle US CLO 2017-4 Ltd.
Carlyle US CLO 2017-5 Ltd.
Carlyle US CLO 2018-1 Ltd.
Carlyle US CLO 2018-2 Ltd.
Carlyle US CLO 2018-3 Ltd.
CIF Income Partners A LLC
Citibank NA
Connecticut, State of
Continental Casualty Co.
Credit Suisse Loan Funding LLC
Credit Value Master Fund 2016 Subsidiary
    Ltd.
Credit Value Master Fund V Subsidiary Ltd.
Credit Value Ontario Fund V Subsidiary LP
CVC CP Special Situations 2018 SCSP
CVC Credit Partners Global Special
    Situations Fund II US SPV LP
CVC Global Credit Opportunities Master
    Fund LP
Deutsche Bank AG, New York

Diameter Master Fund LP
Elevation CLO 2014-2 Ltd.
Elevation CLO 2015 4 Ltd.
Ellington CLO I Ltd.
Ellington CLO II Ltd.
Ellington CLO III Ltd.
Ellington CLO IV Ltd.
Ellington CLO V Ltd.
Empyrean Investments LLC
Flagship CLO VIII Ltd.
Flagship VII Ltd.
Florida Power & Light Co. Qualified
    Decommissioning Trusts for Turkey
    Point & St. Lucie Nuclear Plants
Gallatin CLO VIII 2017 1 Ltd.
Goldman Sachs Trust II Goldman Sachs
    Multi Manager Non Core Fixed Income
    Fund
Great West Life Growth & Income Fund
Great West Life Income Fund
HarbourView CLO VII R Ltd.
HPS Mauna Kea Fund LP
Hudson Post Credit Opportunities
    Aggregator (2019-3) LLC
IG Mackenzie Canadian Corporate Bond
    Fund
IG Mackenzie Floating Rate Income Fund
IG Mackenzie Mortgage & Short Term
    Income Fund
IG Mackenzie Mutual of Canada
IG Mackenzie Strategic Income Fund
Institutional Credit Fund Subsidiary LP
Invesco Oppenheimer Master Loan Fund
Invesco Oppenheimer Senior Floating Rate
    Fund
Invesco Oppenheimer Senior Floating Rate
    Plus Fund
Invesco Senior Secured Management Inc.
Jefferies Leveraged Credit Products
London Life Growth & Income Fund
Loomis Sayles Bond Fund
Loomis Sayles CLO II Ltd.
Loomis Sayles Institutional High Income
Loomis Sayles Senior Floating Rate & Fixed
    Income Fund
Loomis Sayles Strategic Income Fund

Mackenzie Canadian All Cap Balanced
    Fund
Mackenzie Canadian Growth Balanced Fund
Mackenzie Core Plus Global Fixed Income
    ETF
Mackenzie Cundill Canadian Balanced Fund
Mackenzie Diversified Alternatives Fund
Mackenzie Floating Rate Income ETF
Mackenzie Floating Rate Income Fund
Mackenzie Investment Grade Floating Rate
    Fund
Mackenzie Ivy Canadian Balanced Fund
Mackenzie Ivy Global Balanced Fund
Mackenzie North American Corporate Bond
    Fund
Mackenzie Strategic Income Fund
Mackenzie Unconstrained Bond ETF
Mackenzie Unconstrained Fixed Income
    Fund
Mackenzie USD Global Strategic Income
    Fund
Mackenzie USD Ultra Short Duration
    Income Fund
Magnetite VII Ltd.
Magnetite VIII Ltd.
Magnetite XII Ltd.
Magnetite XIV R Ltd.
Magnetite XIX Ltd.
Magnetite XV Ltd.
Magnetite XVI Ltd.
Magnetite XVII Ltd.
Magnetite XVIII Ltd.
Magnetite XX Ltd.
Manulife Sentinel Income 33 Fund UT
Mariner Atlantic Multi-Strategy Master
    Fund Ltd.
Mariner Glen Oaks Master Fund LP
Medtronic Holding Switzerland GmbH 1
Melody Special Opportunities Master Fund
    LP
Menard Inc.
MidOcean Credit CLO I
MidOcean Credit CLO II
MidOcean Credit CLO IV
MidOcean Credit CLO V
MidOcean Credit CLO VII

MidOcean Credit Opportunity IDF I LP
MidOcean Partners LLP
Midtown Acquisitions LP
Morgan Stanley Senior Funding Inc.
Mountain View CLO 2013 1 Ltd.
Mountain View CLO 2014 1 Ltd.
Mountain View CLO 2016 1 Ltd.
Mountain View CLO 2017 1 Ltd.
Mountain View CLO 2017 2 Ltd.
Mountain View CLO IX Ltd.
Mountain View CLO X Ltd.
Municipal Employee Annuity Benefit Fund
    of Chicago
New Mexico, State of, Investment Council 1
NN (L) Flex - Senior Loans
Nut Tree Master Fund LP
Nuveen Credit Opportunities 2022 Target
    Term Fund
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunity
    Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities
    Fund
Nuveen Symphony Credit Opportunities
    Fund
Nuveen Symphony Floating Rate Income
    Fund
OCPC Credit Facility SPV LLC
Pensiondanmark
    Pensionsforsikringsaktieselskab-1
Principal Diversified Real Asset CIT
Principal Funds Inc. - Diversified Real Asset
    Fund
Regatta II Funding LP
Regatta XIII Funding Ltd.
Regatta XIV Funding Ltd.
Regatta XV Funding Ltd.
Ripple Industries LLC
Schlumberger Group Trust Agreement
SCOF-2 Ltd.
Seix Multi Sector Absolute Return
Sierra Income Corp.
Sierra Total Return Fund
SPCP Access Holdings LLC
SPCP Group LLC

SPCP Institutional Group LLC
Staniford Street CLO Ltd.
Steele Creek CLO 2014 1R Ltd.
Steele Creek CLO 2015 1 Ltd.
Steele Creek CLO 2016 1 Ltd.
Steele Creek CLO 2017 1 Ltd.
Steele Creek CLO 2018 1 Ltd.
Steele Creek CLO 2019 2 Ltd.
Strata CLO I Ltd.
Strata CLO II Ltd.
Symmetry Canadian Bond Fund
Symphony CLO XIV Ltd.
Symphony CLO XV Ltd.
Symphony CLO XVII Ltd.
TCI-Symphony CLO 2017-1 Ltd.
UBS AG, Stamford Branch
Vector Capital Credit Opportunity Fund LP
Voya CLO 2012-4 Ltd.
Voya CLO 2013-1 Ltd.
Voya CLO 2013-2 Ltd.
Voya CLO 2013-3 Ltd.
Voya CLO 2014-1 Ltd.
Voya CLO 2014-2 Ltd.
Voya CLO 2014-3 Ltd.
Voya CLO 2014-4 Ltd.
Voya CLO 2015-1 Ltd.
Voya CLO 2015-2 Ltd.
Voya CLO 2015-3 Ltd.
Voya CLO 2016-1 Ltd.
Voya CLO 2016-2 Ltd
Voya CLO 2016-3 Ltd.
Voya CLO 2016-4 Ltd.
Voya CLO 2017-1 Ltd
Voya CLO 2017-2 Ltd.
Voya CLO 2017-3 Ltd.
Voya CLO 2017-4 Ltd.
Voya CLO 2018-1 Ltd.
Voya CLO 2018-2 Ltd.
Voya Floating Rate Fund
Voya Investment Management LLC
Voya Investment Trust Co. - Senior Loan
    Common Trust Fund
Voya Investment Trust Co. - Voya Senior
    Loan Trust Fund
Voya Prime Rate Trust
Voya Senior Income Fund

Watford Asset Trust I
Wells Fargo & Co.
Zalico VL Series Account 2

# SCHEDULE 1(m)

## Litigation

Alber, Cathie
Auletta, Regina
Barshay Sanders PLLC
Bryan, Amy
Carlson, Virginia Marie
Charles, Jessica Trina
Cornelison, Jeffrey
DePasquale, John
Durm, Belinda
Encarnado, Doris
Featherstone, Jammie
Ferro, Anthony
Finn, Keith
Haggar, Marion I.
Hagwood-EL, Mechonna
Hersh, Lawrence C.
Hesketh, Christopher
Hughes Ellzey LLP
Ivy Technology
Johnson, Jeremiah
Kim Law Firm LLC, The
Kimmel & Silverman PC
Kozolchyk, Elliott
Law Office of Christopher Thompson
Lemberg Law LLC
Lieberman, Adam
Macius, Sandy
Marcus & Zelman LLP
Mathis, Aryan
Meier LLC
Meier, Richard J.
Mercadel, Jacqueline
Mitchell L. Pashkin
Nesmith, Richardine
Newger, Jeremy
Nightingale, Robert
Nonprofit Legal Services of Utah
Rottenberg, Esther
Sager, Amanda
Schafer, Lisa J.
Spitz Law Firm LLC, The
Staple Street Capital LLC

Stein Saks PLLC
Sulaiman Law Group Ltd.
Toogood, Kennetra
Vasquez, Yolanda
Wajda Law Group APC
Warner Law Firm LLC
Williams-Hopkins, Rosa
Zeig Law Firm LLC

# SCHEDULE 1(n)

## Ordinary Course Professionals

Ernst & Young LLP
PricewaterhouseCoopers LLP

## SCHEDULE 1(o)

### Significant Competitors

Accenture plc
Advanced Call Center Technologies LLC
Aegis Ltd.
Alorica Inc.
Arise Virtual Solutions Inc.
Celestica Inc.
Clover Wireless LLC
Communications Test Design Inc.
Concentrix
Flextronics Corp.
Genpact Ltd.
Ibex Ltd.
Ivy Technology
QUALCOMM Inc.
Sanmina Corp.
Sitel Corp.
StarTek Inc.
Sutherland Global Services Inc.
Sykes Enterprises Inc.
Teleperformance SE
TELUS Corp.
TRC The Results Co. GmbH
TTEC Services Corp.
VXI Global Solutions LLC
Wipro Ltd.

## SCHEDULE 1(p)

### Significant Vendors

ADP LLC
Aetna Inc.
Air Express International Inc.
Allied Universal Security Services
Ameri & Partners Inc.
American Express
American One Source Inc.
Arris Solutions Inc.
Beyond Advantage LLC
BIXOLON America Inc.
Blue Hill Data Services
Certified Research Co. Inc.
Cologix Inc.
Computer Design & Integration LLC
Dell Financial Services LLC
Delta Logistics USA Corp.
Diversified Data & Communications Inc.
Doherty Staffing Solutions Inc.
Equinix Inc.
Express Employment Professionals Inc.
Eychner, Richard Allen
First Advantage Background Services Corp.
Foxlink International Inc.
Hewlett-Packard Financial Services Co.
Hon Hai Precision Industry Co. Ltd.
Jackson Lewis LLP
Katten Muchin Rosenman LLP
KGP Telecommunications LLC
KUBRA Data Transfer USA
Labelmaster Services Inc.
Landsberg
Landsberg Orora
Manyser LLC
Memphis Light Gas & Water Division
MKW Global Sourcing Inc.
NTT Data Inc.
Optum Bank Inc.
Pallet Alliance Inc., The
Peck Products Online Inc.
Picore International Inc.
PLDT Inc.
PT Samsung Electronics Indonesia

PTC Inc.
R.R. Donnelley & Sons Co.
Renkim Corp.
Ryan Tax Compliance Services LLC
SAP America Inc.
Service Express Inc.
Sparta Consulting Inc.
Stealth Partner Group
Successfactors Inc.
Teleopti AB
Trueblue Services Inc.
Tru-Tronics International
United Parcel Service Inc.
UPS
UPS Supply Chain Solutions
VeriFacts Inc.
Wardynski & Partners

19

## SCHEDULE 1(q)

### Taxing Authorities

Alabama, State of, Department of Revenue
Alaska, State of, Secretary of State
Altoona Area School District (PA), Tax
Office
Arizona, State of, Department of Revenue
Arkansas State of, Secretary of State
Arkansas, State of, Board of Collections
Bethlehem Area School District (PA), Tax
Office
Bethlehem, City of (PA), Bureau of
Financial Services
Broward, County of (FL), Property
Appraiser
Buffalo, City of (NY)
California, State of, Business, Consumer
Services & Housing Agency, Consumer
Affairs Bureau
California, State of, Certificate of Authority
California, State of, Department of
Insurance
California, State of, Department of Tax &
Fee Administration
California, State of, Government Operations
Agency, Franchise Tax Board
California, State of, Secretary of State
Chicago, City of (IL)
Chicago, City of (IL), Department of
Business Affairs
Colorado, State of, Secretary of State
Connecticut, State of, Department of
Revenue
Connecticut, State of, Secretary of State
Dallas Central Appraisal District
Delaware, State of, Department of Insurance
Delaware, State of, Department of State,
Division of Corp.s
Delaware, State of, Division of Revenue
Delaware, State of, Secretary of State
East Hartford, Town of (CT), Assessor
Fieldprint Inc.
Florida, State of, Department of Revenue

Florida, State of, Office of Financial
Regulation
Florida, State of, Secretary of State
Fulton, County of (GA), Assessor
Georgia, State of, Department of Revenue
Georgia, State of, Secretary of State
Guam, Government of, Department of
Revenue & Taxation
Hawaii, State of, Department of Commerce
and Consumer Affairs
Hawaii, State of, Department of Taxation
Idaho, State of, Department of Finance
Idaho, State of, Department of Revenue
IdentiGO Gmbh
Illinois, State of, Department of Revenue
Illinois, State of, Secretary of State
Indiana, State of, Secretary of State
Iowa, State of, Secretary of State
Kansas, State of, Secretary of State
Kentucky, Commonwealth of, Board of
Pharmacy
Kentucky, Commonwealth of, Department
of Revenue
Kentucky, Commonwealth of, Secretary of
State
Klamath, County of (OR), Assessor
Lauderdale, County of (AL), Assessor
Lee, County of (IL), Assessor
Louisiana, State of, Department of Revenue
Louisiana, State of, Secretary of State
Maine, State of, Secretary of State
Maricopa, County of (AZ), Assessor
Maryland, State of, Comptroller
Maryland, State of, Department of
Assessments
Maryland, State of, Department of Revenue
Massachusetts, Commonwealth of
Massachusetts, Commonwealth of,
Department of Revenue
Massachusetts, Commonwealth of,
Secretary of State

20

Massachusetts, Commonwealth, Secretary
    of Commonwealth
Mecklenburg, County of (NC), Assessor's
    Office
Memphis, City of (TN), Business Tax
Meridian, City of (ID)
Michigan, State of, Department of Licensing
    & Regulation
Michigan, State of, Department of Treasury
Michigan, State of, Secretary of State
Minnesota, State of, Commerce Department
Minnesota, State of, Department of
    Commerce
Minnesota, State of, Department of Revenue
Minnesota, State of, Secretary of State
Miramar, City of (FL)
Mississippi, State of, Department of
    Revenue
Mississippi, State of, Secretary of State
Missouri, State of, Secretary of State
Montana, State of, Department of Labor,
    Board of Pharmacy
Montana, State of, Secretary of State
Nebraska, State of, Secretary of State
Nevada, State of, Department of Taxation
Nevada, State of, Secretary of State
New Hampshire, State of, Department of
    Revenue
New Hampshire, State of, Secretary of State
New Jersey, State of, Department of
    Revenue
New Jersey, State of, Division of Taxation
New Jersey, State of, Secretary of State
New Mexico Secretary of State
New Mexico, State of, Department of
    Revenue
New York, City of, Department of Revenue
New York, State of, Department of Revenue
New York, State of, Secretary of State
New York, State of, State Tax Department
North Carolina, State of, Department of
    Revenue
North Carolina, State of, Secretary of State
North Charleston, City of (NC), Business
    License
North Dakoka, State of, Secretary of State

Northampton, County of (PA)
Ohio, State of, Department of Taxation
Okaloosa, County of (FL), Property
    Appraiser
Oklahoma, State of, Department of Revenue
Oklahoma, State of, Secretary of State
Oklahoma, State of, Tax Commission
Oregon, State of Corp. Division
Oregon, State of, Department of Revenue
Oregon, State of, Secretary of State
Pennsylvania, Commonwealth of,
    Department of Revenue
Philippines, Government of, Department of
    Finance, Bureau of Internal Revenue
Pima, County of (AZ), Assessor's Office
Pinellas, County of (FL), Property Appraiser
Pontotoc, County of (OK), Assessor
Pueblo, City of (CO)
Pueblo, County of (CO), Assessor's Office
Puerto Rico, Government of, Department of
    State
Puerto Rico, Government of, Secretary of
    State
Puerto Rico, Government of, Secretary of
    Treasury
Rhode Island, State of, Department of
    Revenue
Rhode Island, State of, Secretary of State
Shelby, County of (TN), Assessor
Shelby, County of (TN), Business Tax
    Division
South Carolina, State of, Department of
    Revenue
South Dakota, State of, Department of
    Revenue
South Dakota, State of, Secretary of State
St. Petersburg, City of (FL), Business Tax
    Division
Tennessee, State of, Department of
    Commerce & Insurance
Tennessee, State of, Department of Revenue
Tennessee, State of, Department of State
Tennessee, State of, Secretary of State
Texas, State of, Comptroller
Texas, State of, Comptroller of Public
    Accounts

Texas, State of, Public Utility Commission
   (ADAD)
Texas, State of, Secretary of State
Tucson, City of (AZ)
United States, Government of the,
   Department of the Treasury
Utah, State of, Department of Revenue
Utah, State of, Division of Corp.s
Utah, State of, Secretary of State
Ventura, County of (CA)
Vermont, State of, Secretary of State
Virgin Islands, Government of the
Virginia, Commonwealth of, Corporate
   Commission
Virginia, Commonwealth of, Secretary of
   State
Washington, D.C., Business License
Washington, State of, Department of
   Licensing
Washington, State of, Department of
   Revenue
Washington, State of, Secretary of State
Washington, State of, State Treasurer
West Virginia, State of, Secretary of State
Wilmington, City of (DE)
Wisconsin, State of, Department of Revenue
Wisconsin, State of, Secretary of State
Wyoming, State of, Secretary of State

## SCHEDULE 1(r)

### Top 30 Unsecured Creditors

Amazon Web Services Inc.
AT&T Inc.
Bain & Co. Inc.
Bennett Packaging of Kansas City Inc.
Blackburn, Mark
Cable Technologies International Inc.
California District Attorneys Association
CDW Direct LLC
Communication Test Design Inc.
Computer Design & Integration LLC
Deloitte Consulting LLP
Eagle Business Solutions LLC
EPE USA
Holmen, Tone
Indeed Inc.
Ivy Technology Global Services LLC
Johnson, Mark
Jones, Mitchaell
LiveVox Inc.
Meridian IT Inc.
Microsoft Licensing GP
Nelson, Kenneth
Nice Systems Inc.
Oliver, Wendy
Oracle America Inc.
PrideStaff Inc.
Qwest Communications Co. LLC
Smith, Ada
Successfactors
Zhuhai Senyang Packaging Technology Co. Ltd.

# SCHEDULE 1(s)

## US Trustee

Boykin, Jacqueline
Duran, Hector
Griffin, Barbara
Hobbs, Henry G.
Johnson-Davis, Luci
Livingstone, Diane
March, Christine
McCullar, Alicia
Motton, Linda
Otto, Glenn
Ratchford, Nancy
Robbins, Judy A.
Ruff, Jayson
Schmidt, Patricia
Simmins, Christy
Smith, Gwen
Statham, Stephen
Waxton, Clarissa

# SCHEDULE 1(t)

## Utilities

ABM Janitorial Services South Central
Ada, City of (OK), Utilities
Altoona Water Authority (PA)
American Electric Power Co. Inc.
AP Gas & Electric LLC
AT&T Inc.
AT&T Mobility
Atlantic Broadband Finance LLC
Bethlehem, City of (PA)
Cable One Inc.
Carolina Waste Services LLC
CenterPoint Energy
CenturyLink (Qwest)
Charlotte, City of (NC)
Cologix Inc.
Comcast Corp.
Consolidated Communications
Control Cleansing Solutions
Dominion Energy South Carolina Inc.
Dorchester, County of (SC), Water & Sewer
Duke Energy Carolinas LLC
Energy Cooperative of New York Inc.
Equinix
Fidelity Building Services Inc.
Florida Power & Light Co.
Frontier Communications Corp.
GCA Services
Granite Telecommunications LLC
Gulf Power Co.
Hudson Energy Services LLC
Inteliglobe Communications Ltd.
Jani-King of Buffalo Inc.
Jani-King of Charlotte
Jani-King of Dallas
Joe Done Cleaning
Keystone Property Care
Level 3 Communications LLC
Memphis Light Gas & Water Division
Meridian, City of (ID)
Mississippi Power Co.
Naperville, City of (IL)
NovAtel

Ohio Edison
Okaloosa, County of (FL), Water & Sewer
PAETEC Communications Inc.
Pennsylvania Electric Co.
PenTeleData LP I
People's Electric Cooperative
Peoples Natural Gas Co.
PPL Electric Utilities Corp.
Republic Services Inc.
ServiceMaster Global Holdings Inc.
Sprint Corp.
Starrdacious Cleaning LLC
SteelNet
TATA Communications Ltd.
T-Mobile USA Inc.
Tupelo, City of (MS), Light & Water
UGI Utilities Inc.
Uniworks Inc.
Verizon Wireless Inc.
Waste Management Inc. of FL
Waste Management of NW Florida
Waste Management of NY
Waste Management of PA Inc.
Waste Management of Texas Inc.
Waste Pro of Florida Inc.
WM of Meridian Hauling
Zayo Group Holdings Inc.

# SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| ABM Janitorial Services South Central | ABM Industries Incorporated | Current |
| GCA Services | GCA Services Group, Inc. | Current |
| Accenture plc | Accenture LLP | Current |
|  | Accenture plc | Current |
|  | David5, LLC | Current |
| Aetna Inc. | CVS Holdings I GP, LLC | Closed |
|  | CVS Holdings I, L.P. | Closed |
|  | MED ParentCo, L.P. | Current |
| Allied Universal Security Services | Allied Universal | Current |
| Arise Virtual Solutions Inc. | Matthew Bashaw | Current |
|  | Tide Holdco, LP and Arise Holdings Inc. | Current |
|  | Warburg Pincus Asia LLC | Current |
|  | Warburg Pincus Global Growth L.P. | Current |
|  | Warburg Pincus LLC | Current |
|  | WP Financial L.P. | Current |
|  | WP Re Cayman Limited | Current |
| Allied Universal Security Services | Jacob J. Safra | Current |
|  | Joseph Safra | Current |
|  | Safra National Bank of New York | Current |
|  | Safra Securities LLC | Current |
|  | Caisse de dépôt et placement du Québec | Current |
| Alorica Inc. | Chase Bank USA, NA | Closed |
|  | Chase Paymentech Solutions, LLC | Closed |
|  | Highbridge Asia Fund | Closed |
|  | Highbridge Capital Management, LLC | Current |
|  | Highbridge Co-Investment Vehicle | Closed |
|  | Highbridge Multi-Strategy Fund | Closed |
|  | Highbridge Tactical Credit Fund | Closed |
|  | J.P. Morgan Securities (Far East) Limited | Closed |
|  | J.P. Morgan Securities Asia Pacific Limited | Current |
|  | J.P. Morgan Securities LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | JPMorgan Asset Management - Global Real Assets | Closed |
| | JPMorgan Chase & Co. | Current |
| | JPMorgan Chase Bank NA | Current |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Ventures Energy Corporation | Current |
| Alter Domus Management Co. SA | Cortland Capital Market Services LLC | Closed |
| Amazon Web Services | Zappos.com, Inc. | Closed |
| Antares Capital 4 LP | CPP Investment Board | Current |
| | CPPIB Asia Inc. | Current |
| | CPPIB Canada Inc. | Current |
| Argonaut Insurance Co. | Argo Group International Holdings, Ltd. | Current |
| Arizona, State of, Department of Revenue | Arizona Department of Child Safety | Current |
| Arris Solutions Inc. | Carlyle Asia Growth Partners IV LP | Current |
| Carlyle C17 Ltd. | Carlyle Asia Investment Advisors Limited | Current |
| Carlyle Global Market Strategies CLO 2012-3 Ltd. | Carlyle Aviation Fund Management LLC | Current |
| Carlyle Global Market Strategies CLO 2012-4 Ltd. | Carlyle Energy Mezzanine Opportunities Fund II, L.P. | Current |
| Carlyle Global Market Strategies CLO 2013-1 Ltd. | Carlyle Global Credit Investment Management LLC | Closed |
| Carlyle Global Market Strategies CLO 2013-2 Ltd. | Carlyle Infrastructure Fund, L.P. | Current |
| Carlyle Global Market Strategies CLO 2013-3 Ltd. | Carlyle Investment Management LLC | Closed |
| Carlyle Global Market Strategies CLO 2013-4 Ltd. | Carlyle Realty Partners III, L.P. | Closed |
| Carlyle Global Market Strategies CLO 2014-1 Ltd. | Carlyle Realty Partners IV, L.P. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Carlyle Global Market Strategies CLO 2014-2-R Ltd. | Carlyle Realty Partners V, L.P. | Closed |
| Carlyle Global Market Strategies CLO 2014-3-R Ltd. | Carlyle Realty Partners, L.P. | Closed |
| Carlyle Global Market Strategies CLO 2014-4 Ltd. | CECP Advisors LLP | Current |
| Carlyle Global Market Strategies CLO 2014-5 Ltd. | The Carlyle Group | Current |
| Carlyle Global Market Strategies CLO 2015-1 Ltd. | VXI Global Solutions, LLC | Closed |
| Carlyle Global Market Strategies CLO 2015-2 Ltd. | | |
| Carlyle Global Market Strategies CLO 2015-3 Ltd. | | |
| Carlyle Global Market Strategies CLO 2015-4 Ltd. | | |
| Carlyle Global Market Strategies CLO 2015-5 Ltd. | | |
| Carlyle Global Market Strategies CLO 2016-1 Ltd. | | |
| Carlyle Global Market Strategies CLO 2016-2 Ltd. | | |
| Carlyle Global Market Strategies CLO 2016-3 Ltd. | | |
| Carlyle GMS Opportunistic Credit Fund (M-2015) LP | | |
| Carlyle US CLO 2016-4 Ltd. | | |
| Carlyle US CLO 2017-1 Ltd. | | |
| Carlyle US CLO 2017-2 Ltd. | | |
| Carlyle US CLO 2017-3 Ltd. | | |
| Carlyle US CLO 2017-4 Ltd. | | |
| Carlyle US CLO 2017-5 Ltd. | | |
| Carlyle US CLO 2018-1 Ltd. | | |
| Carlyle US CLO 2018-2 Ltd. | | |
| Carlyle US CLO 2018-3 Ltd. | | |
| OCPC Credit Facility SPV LLC | | |
| VXI Global Solutions LLC | | |
| AT&T Inc. | AT&T Corp. | Closed |

28

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| AT&T Mobility | AT&T Inc. | Closed |
| | AT&T Intellectual Property II L.P. | Closed |
| | AT&T Intellectual Property LLC | Closed |
| | AT&T Services, Inc. | Current |
| | DIRECTV Enterprises, LLC | Current |
| | DIRECTV Group Holdings, LLC | Current |
| | DIRECTV Holdings LLC | Current |
| | DIRECTV Merchandising, Inc. | Current |
| | DIRECTV Operations LLC | Current |
| | DIRECTV Sports Networks LLC | Current |
| | Directv, LLC | Current |
| | Hello Sunshine | Closed |
| | The DIRECTV Group, Inc. | Current |
| Atlantic Broadband Finance LLC | Acquisitions Cogeco Cable II LP | Current |
| | Atlantic Broadband Finance, LLC | Current |
| | Cogeco Cable, Inc. | Current |
| Bach II Tech II LP | TRG Growth Partnership II, L.P. | Closed |
| Bach II Tech LP | TRG Management Hong Kong Ltd. | Closed |
| BayCity Alternative Invest Funds SICAV SIF - BayCity US Senior Loan Fund | Nuveen Alternatives Advisors, LLC | Current |
| BayCity Long Short Credit Master Fund | Teachers Insurance and Annuity Association of America | Closed |
| BayCity Senior Loan Fund LP | | |
| California Street CLO IX LP | | |
| California Street CLO V Ltd. | | |
| California Street CLO XII Ltd. | | |
| Nuveen Credit Opportunities 2022 Target Term Fund | | |
| Nuveen Floating Rate Income Fund | | |
| Nuveen Floating Rate Income Opportunity Fund | | |
| Nuveen Senior Income Fund | | |
| Nuveen Short Duration Credit Opportunities Fund | | |
| Nuveen Symphony Credit Opportunities Fund | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Nuveen Symphony Floating Rate Income Fund<br><br>Pensiondanmark Pensionsforsikringsaktieselskab-1<br>SCOF-2 Ltd.<br>Symphony CLO XIV Ltd.<br>Symphony CLO XV Ltd.<br>Symphony CLO XVII Ltd. | | |
| Black Diamond CLO 2013 1 Ltd.<br>Black Diamond CLO 2014 1 Ltd.<br>Black Diamond CLO 2015 1 Designated Activity Co.<br>Black Diamond CLO 2016 1 Ltd.<br>Black Diamond CLO 2017 1 Ltd.<br>Black Diamond CLO 2017 2 Designated Activity Co. | Rodney S. Cohen | Current |
| CIF Income Partners A LLC<br>Magnetite VII Ltd.<br>Magnetite VIII Ltd.<br>Magnetite XII Ltd.<br>Magnetite XIV R Ltd.<br>Magnetite XIX Ltd.<br>Magnetite XV Ltd.<br>Magnetite XVI Ltd.<br>Magnetite XVII Ltd.<br>Magnetite XVIII Ltd.<br>Magnetite XX Ltd. | BlackRock, Inc.<br>Mark B. Florian<br>Patrick C. Eilers | Current<br>Current<br>Current |
| Canopius Managing Agents Ltd. | Centerbridge Partners Europe LLP<br>Centerbridge Partners LP | Closed<br>Current |
| Cardinal Fund LP<br>Credit Value Master Fund 2016 Subsidiary Ltd.<br>Credit Value Master Fund V Subsidiary Ltd.<br>Credit Value Ontario Fund V Subsidiary LP<br>HPS Mauna Kea Fund LP | HPS Investment Partners (UK) LLP<br>HPS Investment Partners LLC | Current<br>Current |

30

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Institutional Credit Fund Subsidiary LP<br>Strata CLO I Ltd.<br>Strata CLO II Ltd. | | |
| CDW Direct LLC | CDW Corporation | Current |
| | CDW LLC | Current |
| Hudson Post Credit Opportunities Aggregator (2019-3) LLC | CB Offshore Equity Fund VII, L.P. | Former |
| | CB Parallel Fund VII, L.P. | Former |
| | Charlesbank Capital Partners, LLC | Closed |
| | Charlesbank Coinvestment Partners LP | Former |
| | Charlesbank Equity Coinvestment Fund VII LP | Former |
| | Charlesbank Equity Fund VII LP | Former |
| | Charlesbank Technology Opportunities Fund, Limited Partnership | Current |
| Chicago, City of (IL)<br>Chicago, City of (IL), Department of Business Affairs | City of Chicago | Current |
| Citibank NA | Citibank | Closed |
| | Citicorp | Closed |
| | Citicorp Mezzanine III, L.P. | Closed |
| | Citigroup Global Markets Asia Ltd. | Current |
| | Citigroup Global Markets Inc. | Current |
| | Citigroup Global Markets Ltd. | Closed |
| | Citigroup Inc. | Closed |
| Clover Wireless LLC | Angel Island Capital Management, LLC | Current |
| LiveVox Inc. | Clover Canada Holdings, Inc. | Current |
| | Clover Holdings Corporation | Current |
| | Clover Imaging Group LLC | Current |
| | Clover Imaging Holdings, LLC | Current |
| | Clover Imaging Intermediate Holdings, LLC | Current |
| | Clover International Holdings LLC | Current |
| | Clover Mechanical, LLC | Current |

31

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Clover Servia D.O.O. | Current |
| | Clover Technologies Group Australia Pty, Ltd. | Current |
| | David C. Dominik | Former |
| | David Thomas | Former |
| | GGC Aperio Holdings, L.P. | Current |
| | Golden Gate Capital | Current |
| | Golden Gate Capital Opportunity Fund LP | Closed |
| | Kenneth James Diekroeger | Current |
| | LiveVox, Inc. | Current |
| | Robert O'Connor Little | Current |
| Cologix Inc. | Stonepeak Infrastructure Partners | Closed |
| | Stonepeak Partners LP | Closed |
| Comcast Corp. | Charter/Comcast JV | Current |
| Computer Design & Integration LLC | One Equity Partners | Current |
| Continental Casualty Co. | Consolidated Container Company | Closed |
| | Continental Casualty Company | Current |
| | Kevin Leidwinger | Current |
| Credit Suisse AG | Credit Suisse (Hong Kong) Limited | Current |
| Credit Suisse Loan Funding LLC | Credit Suisse AG | Current |
| | Credit Suisse AG, Executive Board | Current |
| | Credit Suisse Group AG | Current |
| | Credit Suisse Group AG, Executive Board | Current |
| | Credit Suisse International | Current |
| | Credit Suisse Securities (USA) LLC | Current |
| | Credit Suisse Securities Europe Ltd. | Current |
| Crittenden, Gary | Gary Crittenden | Closed |
| CVC CP Special Situations 2018 SCSP | CVC Advisers Limited | Current |
| CVC Credit Partners Global Special Situations Fund II US SPV LP | CVC Capital Partners Advisory (U.S.) Inc. | Closed |
| CVC Global Credit Opportunities Master Fund LP | CVC Credit Partners, LLC | Current |
| CVC CP Special Situations 2018 SCSP | CVC European Equity V Limited | Current |

32

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Midtown Acquisitions LP | Davidson Kempner | Current |
| | Davidson Kempner European Partners, LLP | Current |
| | Davidson Kempner Partners | Current |
| Deloitte Consulting LLP | Adrian Peter Berry | Current |
| | Clare Boardman | Current |
| | Deloitte Consulting LLP | Current |
| | Deloitte LLP | Current |
| | Deloitte Tax LLP | Current |
| | Deloitte USA LLP | Current |
| Deutsche Bank AG | DB U.S. Financial Markets | Current |
| Deutsche Bank AG, New York | Deutsche Bank AG | Current |
| Flagship CLO VIII Ltd. | Deutsche Bank AG, London Branch | Current |
| Flagship VII Ltd. | Deutsche Bank AG, New York Branch | Current |
| | Deutsche Bank Americas Holding Corp. | Current |
| | Deutsche Bank Securities Inc. | Current |
| | Deutsche Bank Trust Co. Americas | Current |
| | Deutsche Bank Trust Corp. | Current |
| | RREEF Management Company | Closed |
| Dominion Energy South Carolina Inc. | Daniel Carro | Closed |
| | Dominion Energy Questar Corporation | Closed |
| | Dominion Energy Services, Inc. | Current |
| | SCANA Corporation | Closed |
| Duke Energy Carolinas LLC | Duke Energy Corporation | Closed |
| | Piedmont Natural Gas | Closed |
| Ernst & Young LLP | Ernst & Young Canada | Current |
| | Ernst & Young LLP | Closed |
| Evercore Inc. | Evercore Inc. | Current |
| Fidelity Building Services Inc. | Brookfield Asset Management Inc. | Current |
| | Brookfield Asset Management, LLC | Current |
| | Brookfield Business Partners LP | Current |
| | Brookfield Infrastructure Credit Fund | Current |
| | Brookfield Infrastructure Fund | Closed |

33

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Brookfield Infrastructure Group LLC | Closed |
| | Brookfield Special Opportunities LLC | Current |
| | Brookfield Strategic Real Estate Partners III | Closed |
| | BSREP II Bermuda GP L.P. | Closed |
| | Fidelity Engineering, LLC | Current |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | GGPLP, LLC | Closed |
| | Jordon Kruse | Former |
| | Matthew Wilson | Current |
| | Oaktree Acquisition Corp. | Current |
| | Oaktree Capital Management LP | Current |
| | Oaktree Maritime Finance II, LLC | Current |
| | Oaktree Middle-Market Direct Lending Unlevered JPN-A 2017 Fund, L.P | Current |
| | Oaktree Power Opportunities Fund V, L.P. | Closed |
| | Oaktree Special Situations Group | Closed |
| | Oaktree Strategic Credit | Current |
| | Ronald N. Beck | Former |
| | Stephen Kaplan | Current |
| First Advantage Background Services Group | David Habiger | Former |
| | Silver Lake Kraftwerk Fund, L.P. | Closed |
| | Silver Lake Partners LP | Current |
| | Silver Lake Sumeru | Closed |
| Florida Power & Light Co. | ClearSky Power & Technology Fund I LLC | Closed |
| Florida Power & Light Co. Qualified Decommissioning Trusts for Turkey Point & St. Lucie Nuclear Plants | NextEra Energy Constructors LLC | Current |
| Gulf Power Co. | NextEra Energy Inc. | Current |
| | NextEra Energy Marketing LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | NextEra Energy Operating Services LLC | Current |
| | NextEra Energy Project Management LLC | Current |
| | NextEra Energy Resources, LLC | Current |
| | NextEra Energy Transmission Southwest LLC | Current |
| Frontier Communications Corp. | Frontier ABC LLC | Closed |
| | Frontier California Inc. | Closed |
| | Frontier Communications - Midland, Inc. | Current |
| | Frontier Communications - Prairie, Inc. | Current |
| | Frontier Communications - Schuyler, Inc. | Current |
| | Frontier Communications Corporate Services Inc. | Current |
| | Frontier Communications Corporation | Current |
| | Frontier Communications ILEC Holdings LLC | Closed |
| | Frontier Communications Northwest Inc. | Closed |
| | Frontier Communications of America, Inc. | Current |
| | Frontier Communications of AuSable Valley, Inc. | Current |
| | Frontier Communications of Breezewood, LLC | Current |
| | Frontier Communications of Canton, LLC | Current |
| | Frontier Communications of Delaware, Inc. | Current |
| | Frontier Communications of DePue, Inc. | Current |
| | Frontier Communications of Georgia LLC | Closed |
| | Frontier Communications of Illinois, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Frontier Communications of Indiana LLC | Closed |
| | Frontier Communications of Iowa, LLC | Current |
| | Frontier Communications of Lakeside, Inc. | Current |
| | Frontier Communications of Lakewood, LLC | Current |
| | Frontier Communications of Michigan, Inc. | Current |
| | Frontier Communications of Minnesota, Inc. | Current |
| | Frontier Communications of Mississippi LLC | Closed |
| | Frontier Communications of Mt. Pulaski, Inc. | Current |
| | Frontier Communications of New York, Inc. | Current |
| | Frontier Communications of Orion, Inc. | Current |
| | Frontier Communications of Oswayo River LLC | Current |
| | Frontier Communications of Pennsylvania, LLC | Current |
| | Frontier Communications of Rochester, Inc. | Current |
| | Frontier Communications of Seneca-Gorham, Inc. | Current |
| | Frontier Communications of Sylvan Lake, Inc. | Current |
| | Frontier Communications of the Carolinas LLC | Closed |
| | Frontier Communications of the South, LLC | Current |
| | Frontier Communications of the Southwest Inc. | Closed |
| | Frontier Communications of Thorntown LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Frontier Communications of Virginia, Inc. | Current |
| | Frontier Communications of Wisconsin LLC | Closed |
| | Frontier Communications Online and Long Distance Inc. | Closed |
| | Frontier Communications Services Inc. | Current |
| | Frontier Directory Services Company, LLC | Current |
| | Frontier Florida LLC | Closed |
| | Frontier Infoservices Inc. | Closed |
| | Frontier Midstates Inc. | Closed |
| | Frontier Mobile LLC | Closed |
| | Frontier North Inc. | Current |
| | Frontier Security Company | Current |
| | Frontier Services Corp. | Closed |
| | Frontier Southwest Incorporated | Current |
| | Frontier Subsidiary Telco LLC | Closed |
| | Frontier Techserv Inc. | Closed |
| | Frontier Telephone of Rochester, Inc. | Current |
| | Frontier Video Services Inc. | Current |
| | Frontier West Virginia Inc. | Closed |
| | The Southern New England Telephone Company | Current |
| FTI Consulting Inc. | FTI Consulting, Inc. | Current |
| | FTI, LLC | Closed |
| Georgia, State of, Department of Revenue<br><br>Georgia, State of, Secretary of State | State of Georgia | Current |
| Goldman Sachs Trust II Goldman Sachs Multi Manager Non Core Fixed Income Fund<br><br>Zalico VL Series Account –2 | Goldman Sachs | Current |
| | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs Asset Management International Ltd. | Current |
| | Goldman Sachs Group Inc., The | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Goldman Sachs Group, Merchant Banking Division | Current |
| | Goldman Sachs International Bank | Current |
| | Goldman Sachs International Ltd. | Current |
| | Goldman Sachs MB Services Limited | Closed |
| | Goldman Sachs PIA | Current |
| | Goldman Sachs Trust Company of Delaware | Current |
| | West Street Infrastructure Partners | Closed |
| Guam, Government of, Department of Revenue & Taxation | Eddie Baza Calvo | Closed |
| | Government of Guam | Closed |
| | Guam Election Commission | Current |
| | Territory of Guam | Current |
| HarbourView CLO VII R Ltd. | Invesco Private Capital, Inc. | Current |
| Invesco Oppenheimer Master Loan Fund | Invesco Senior Secured Management, Inc. | Current |
| Invesco Oppenheimer Senior Floating Rate Fund | WL Ross & Co. LLC | Closed |
| Invesco Oppenheimer Senior Floating Rate Plus Fund | | |
| Invesco Senior Secured Management Inc. | | |
| Hewlett-Packard Financial Services Co. | Hewlett Packard Enterprise Co. | Current |
| Hon Hai Precision Industry Co. Ltd. | HCM Foxconn Technology Group | Current |
| Hudson Energy Services LLC | Just Energy Group, Inc. | Closed |
| Huntsman Gay Capital Partners Fund | Darren Hayame | Current |
| | Gary Crittenden | Closed |
| | HGGC Affiliate Investors II, L.P. | Current |
| | HGGC Affiliate Investors III, L.P. | Current |
| | HGGC Associates II, L.P. | Current |
| | HGGC Associates III, L.P. | Current |
| | HGGC Fund II - A, L.P. | Current |
| | HGGC Fund II - B, L.P. | Current |
| | HGGC Fund II - C, L.P. | Current |

38

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | HGGC Fund II - D, L.P. | Current |
| | HGGC Fund II, L.P. | Current |
| | HGGC Fund III, L.P. | Current |
| | HGGC Fund III-A, L.P. | Current |
| | HGGC LLC | Closed |
| | HGGC, LLC | Current |
| | Huntsman Gay Capital Partners Fund, L.P. | Former |
| | Huntsman Gay Capital Partners Parallel Fund A, L.P. | Former |
| | Huntsman Gay Capital Partners Parallel Fund B, L.P. | Former |
| | J. Steven Young | Closed |
| | Jacob H. Hodgman | Closed |
| | Leslie M. Brown, Jr. | Former |
| | Neil H. White | Current |
| | Richard F. Lawson, Jr. | Current |
| Illinois, State of, Department of Revenue | Illinois Executive Ethics Commission | Current |
| Illinois, State of, Secretary of State | Illinois Torture Inquiry and Relief Commission | Current |
| | Office of the Governor, State of Illinois | Current |
| | Office of the Illinois Governor | Closed |
| Ivy Technology | Staple Street Capital | Current |
| Staple Street Capital LLC | Staple Street Capital II GP, L.P. | Current |
| | Staple Street Capital II UGP, LLC | Current |
| | Staple Street Capital II, L.P. | Current |
| | Staple Street Capital II-A, L.P., | Current |
| | Staple Street Capital Management, LLC | Current |
| Jefferies Leveraged Credit Products | Jefferies Finance LLC | Current |
| | Jefferies Hong Kong Limited | Current |
| Lloyd's America Inc. | Lloyd's America, Inc. | Current |
| Loomis Sayles Bond Fund Loomis Sayles CLO II Ltd. Loomis Sayles Institutional High Income | MV Credit Partners LLP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Loomis Sayles Senior Floating Rate & Fixed Income Fund<br><br>Loomis Sayles Strategic Income Fund | | |
| Mariner Atlantic Multi-Strategy Master Fund Ltd.<br><br>Mariner Glen Oaks Master Fund LP | Mariner Investment (Europe) LLP<br><br>Mariner Investment Group LLC<br>MIG GP Holdings, LLC<br>MIG Holdings, LLC<br>MIG Investment Holdings, LLC | Closed<br><br>Current<br>Closed<br>Closed<br>Closed |
| Medtronic Holding Switzerland GmbH 1 | Mazor Robotics Ltd.<br><br>Medtronic plc<br>Medtronic, Inc. | Closed<br><br>Closed<br>Closed |
| Melody Special Opportunities Master Fund LP | Melody Capital Partners, L.P. | Current |
| MidOcean Credit CLO I | Graham Clempson | Current |
| MidOcean Credit CLO II | MidOcean Absolute Return Credit Fund, LP | Current |
| MidOcean Credit CLO IV | MidOcean Absolute Return Credit Master Fund, Ltd. | Current |
| MidOcean Credit CLO V | MidOcean Absolute Return Credit Offshore Fund, Ltd. | Current |
| MidOcean Credit CLO VII | MidOcean Absolute Return Credit Offshore Intermediate Fund, L.P. | Current |
| MidOcean Credit Opportunity IDF I LP | MidOcean Credit Focus Fund I, LP | Current |
| MidOcean Partners LLP | MidOcean Credit Opportunity Fund, L.P. | Current |
| | MidOcean Credit Opportunity Master Fund L.P. | Current |
| | MidOcean Credit Opportunity Offshore Fund, Ltd. | Current |
| | MidOcean Credit Opportunity Offshore Intermediate Fund, L.P. | Current |
| | MidOcean Partners, LP | Current |
| | MidOcean PPL Holdings Corp. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Ted Virtue | Current |
| Minnesota, State of, Commerce Department | Minnesota Department of Human Rights | Current |
| Minnesota, State of, Department of Commerce | Minnesota, State of, Office of the Attorney General | Current |
| Minnesota, State of, Department of Revenue | | |
| Minnesota, State of, Secretary of State | | |
| Morgan Stanley Senior Funding Inc. | Morgan Stanley & Co. LLC | Closed |
| | Morgan Stanley AIP GP LP | Current |
| | Morgan Stanley Asia Ltd. | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Investment Management Limited | Current |
| | Morgan Stanley Mezzanine Partners | Current |
| | Morgan Stanley Real Estate Investing | Closed |
| | Morgan, Stanley & Co. | Current |
| | MS MCC Highland LLC | Closed |
| | Prime Property Fund | Current |
| Regatta II Funding LP | Daniel Kittredge | Closed |
| Regatta XIII Funding Ltd. | Edwin H. May | Current |
| Regatta XIV Funding Ltd. | | |
| Regatta XV Funding Ltd. | | |
| New York, City of, Department of Revenue | NYC Department of Small Business Services | Current |
| | Progressive Caucus of the City Council | Current |
| New York, State of, Department of Revenue | Empire State Development | Current |
| New York, State of, Secretary of State | New York State Courts Access to Justice Program | Current |
| New York, State of, State Tax Department | State of New York | Closed |
| Staniford Street CLO Ltd. | First Eagle Alternative Capital, LLC | Current |
| Nice Systems Inc. | NICE Ltd. | Current |
| North Carolina, State of, Department of Revenue | Philip E. Berger | Closed |

41

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| North Carolina, State of, Secretary of State | State of North Carolina | Closed |
| | Timothy K. Moore | Closed |
| NovAtel | Ola Rollén | Closed |
| Ohio Edison<br>Pennsylvania Electric Co. | FirstEnergy Corporation | Closed |
| Optum Bank Inc. | HealthScope Benefits, Inc. | Closed |
| | Rally Health, Inc. | Closed |
| | Triple Aim Partners | Closed |
| | USHealth Group, Inc. | Current |
| Oracle America Inc. | Oracle America Inc. | Closed |
| | Oracle Corporation | Current |
| | Oracle International Corporation | Current |
| | Oracle USA, Inc. | Current |
| PAETEC Communications Inc. | PaeTec Communications of Virginia, LLC | Closed |
| | PaeTec Communications, LLC | Closed |
| | PAETEC Holding, LLC | Closed |
| | PAETEC iTEL, L.L.C. | Closed |
| | PAETEC Realty LLC | Closed |
| | Paetec, LLC | Closed |
| | Windstream Communications, LLC | Closed |
| | Windstream Eagle Holdings LLC | Closed |
| | Windstream Finance Corp. | Closed |
| | Windstream Holdings, Inc. | Current |
| | Windstream Holdings, Inc. and its filing affiliates | Closed |
| | Windstream Lakedale, Inc. | Closed |
| | Windstream Services LLC | Current |
| Pennsylvania, Commonwealth of, Department of Revenue | Office of the General Counsel of Pennsylvania | Current |
| | Office of the Governor of Pennsylvania | Current |
| | Office of the Secretary of State of Pennsylvania | Current |
| | Pennsylvania Higher Education Assistance Agency | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
|  | Pennsylvania, Commonwealth of, Office of the Secretary | Current |
| Pima, County of (AZ) Assessor's Office | County of Pima, Arizona | Current |
| PPL Electric Utilities Corp. | LG&E and KU Energy LLC | Current |
| PricewaterhouseCoopers LLP | Price Waterhouse & Co. S.R.L. | Closed |
|  | PricewaterhouseCoopers Business Consulting (Shanghai) Co. Ltd. | Closed |
|  | PricewaterhouseCoopers Consultores, Auditores y Compania Limitada | Closed |
|  | PricewaterhouseCoopers Hong Kong Limited | Closed |
|  | PricewaterhouseCoopers Limited | Closed |
|  | PricewaterhouseCoopers LLP | Current |
|  | PricewaterhouseCoopers LLP Ontario | Former |
| Principal Diversified Real Asset CIT | Principal Enhanced Property Fund | Closed |
| Principal Funds Inc. - Diversified Real Asset Fund | Principal Enhanced Property Fund LP | Current |
|  | Principal Real Estate Investors LLC | Current |
|  | Principal Real Estate Spezialfondsgesellschaft mbH | Current |
| PT Samsung Electronics Indonesia | Harman International Industries, Inc. | Current |
|  | Samsung | Current |
|  | Samsung Advanced Institute of Technology | Current |
|  | Samsung Austin Semiconductor LLC | Current |
|  | Samsung Bioepis Co., Ltd. | Current |
|  | Samsung C&T America, Inc. | Closed |
|  | Samsung Display Co. Ltd. | Current |
|  | Samsung Electronics America Inc. | Current |
|  | Samsung Electronics Co. Ltd. | Current |
|  | Samsung Electronics Co., Ltd. Visual Display | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Samsung Research America, Inc. | Current |
| | Samsung Semiconductor Inc. | Current |
| | Samsung Telecommunications America LLC | Closed |
| Puerto Rico, Government of, Department of State | Commonwealth of Puerto Rico | Closed |
| Puerto Rico, Government of, Secretary of State | Government Development Bank of Puerto Rico | Closed |
| Puerto Rico, Government of, Secretary of Treasury | | |
| Regus Management Group LLC | IWG plc | Current |
| | Regus Yixian Property Management (Shanghai) Co., Ltd. | Current |
| Republic Services Inc. | Consolidated Disposal Service, LLC | Closed |
| SAP America Inc. Successfactors Inc. | SAP SE | Closed |
| Schlumberger Group Trust Agreement | Schlumberger Limited | Current |
| | Schlumberger Technology | Current |
| | WesternGeco LLC | Current |
| Service Express Inc. | Harvest Partners, L.P. | Current |
| | Red Dawn SEI Buyer, Inc. | Current |
| | Red Dawn SEI Finance, LLC | Current |
| | Red Dawn SEI Intermediate Holdings, LLC | Current |
| | Service Express, LLC | Current |
| Starr Indemnity & Liability Co. Inc. | SIH ACA Topco, L.P. | Current |
| Starr International Cayman Inc. | Starr International Company, Inc. | Closed |
| | Starr Principal Holdings, LLC | Current |
| SPCP Access Holdings LLC SPCP Group LLC SPCP Institutional Group LLC Steele Creek CLO 2014 1R Ltd. | Silver Point Capital | Current |
| Steele Creek CLO 2015 1 Ltd. Steele Creek CLO 2016 1 Ltd. Steele Creek CLO 2017 1 Ltd. Steele Creek CLO 2018 1 Ltd. Steele Creek CLO 2019 2 Ltd. | Moelis & Company | Current |
| | Moelis & Company UK LLP | Closed |
| | Moelis Australia | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Sutherland Global Services Inc. | GPT TPG Single Tenant Ventures (SOP) LLP | Closed |
| | Heather Smith Thorne | Closed |
| | Strategic Office Partners | Current |
| | TPG Asia VI SF Pte Ltd. | Current |
| | TPG Capital | Current |
| | TPG China Limited | Current |
| | TPG Europe LLP | Current |
| | TPG Global LLC | Closed |
| | TPG Global, Inc. | Current |
| | TPG Global, LLC | Current |
| | TPG Group Holdings (SBS), L.P. | Current |
| | TPG Growth LLC | Closed |
| | TPG Growth, LLC | Current |
| | TPG RE Finance 21 Ltd. | Current |
| | TPG RE Finance 6 LLC | Current |
| | TPG RE Finance 7 LLC | Current |
| | TPG RE Finance Trust CLO Sub-REIT Corp. | Current |
| | TPG RE Finance Trust CLO Sub-REIT Parent LLC | Current |
| | TPG RE Finance Trust HoldCo LLC | Current |
| | TPG RE Finance Trust, Inc. | Current |
| | TPG RE II Arlington SPV I, Limited Partnership (PEI) | Current |
| | TPG RE II Arlington SPV II, Limited Partnership (PEI) | Current |
| | TPG RE II Arlington SPV III, Limited Partnership (PEI) (2) | Current |
| | TPG Real Estate | Current |
| | TPG Real Estate Partners II, L.P. | Current |
| | TPG Star VPSI, L.P. | Closed |
| TATA Communications Ltd. | Tata America International Corporation | Closed |
| | Tata Consultancy Services Ltd. | Closed |
| TCI-Symphony CLO 2017-1 Ltd. | Equitix Ltd. | Current |
| | Tetragon Financial Group Limited | Closed |
| | TFG Asset Management LP | Current |

45

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Teleopti AB | Calabrio, Inc. | Current |
| | KKR Asia Limited | Current |
| | KKR Credit Advisors (EMEA) LLP | Current |
| | KKR Credit Advisors (UK) LLP | Current |
| | KKR Credit Advisors (US) LLC | Current |
| | KKR REPA AIV-2, L.P. | Closed |
| | Kohlberg Kravis Roberts & Co. LP | Current |
| | Pillarstone Europe LLP | Closed |
| Texas, State of Public Utility Commission (ADAD) | Greg Abbott, as Governor of Texas | Closed |
| Texas, State of, Comptroller of Public Accounts | State of Texas | Closed |
| Texas, State of, Secretary of State | | |
| Travelers Insurance Co. | The Travelers Companies, Inc. | Current |
| UBS AG, Stamford Branch | Somesh Khanna | Former |
| | UBS AG, London Branch | Current |
| | UBS Asset Management Funds Limited | Current |
| | UBS Financial Services, Inc. | Closed |
| | UBS Global Asset Management Inc. | Closed |
| | UBS Hedge Fund Solutions LLC | Closed |
| | UBS Investment Bank | Current |
| | UBS O'Connor LLC | Current |
| | UBS Securities Hong Kong Limited | Closed |
| | UBS Securities LLC | Current |
| | UBS Warburg | Current |
| United States, Government of the, Department of the Treasury | Administrative Office of the U.S. Courts | Closed |
| | Konstantina Diamantopoulos | Current |
| | Orly Godfrey | Current |
| | Robert J. Quigley | Former |
| | United States Department of Homeland Security | Closed |
| Vector Capital Credit Opportunity Fund LP | Alex Slusky | Current |
| | Andrew Fishman | Former |
| | David Fishman | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Vector Capital Credit Opportunity Fund L.P. | Current |
| | Vector Capital Credit Opportunity Master Fund L.P. | Current |
| | Vector Capital Credit Opportunity Offshore Fund Ltd. | Current |
| | Vector Capital II International, L.P. | Current |
| | Vector Capital II, L.P. | Current |
| | Vector Capital II/II Extension, L.P. | Current |
| | Vector Capital III International, L.P. | Current |
| | Vector Capital III, L.P. | Current |
| | Vector Capital IV International, L.P. | Current |
| | Vector Capital IV, L.P. | Current |
| | Vector Capital Management, L.P. | Current |
| | Vector Capital V LP | Current |
| Verizon Wireless Inc. | Verizon Communications Inc. | Current |
| | Verizon New York, Inc. | Closed |
| Virginia, Commonwealth of, Corporate Commission | M. Kirkland Cox | Closed |
| Virginia, Commonwealth of, Secretary of State | Virginia House of Delegates | Closed |
| Waste Management Inc. of FL Waste Management of NW Florida Waste Management of NY Waste Management of PA Inc. Waste Management of Texas Inc. WM of Meridian Hauling | USA Waste of California, Inc. | Closed |
| Wells Fargo & Co. | Wells Fargo Securities LLC | Current |
| White, Neil | Neil H. White | Current |
| Wisconsin, State of, Department of Revenue Wisconsin, State of, Secretary of State | Wisconsin Legislature | Closed |
| XL Insurance America Inc. | AB Commercial Real Estate Debt Series 1-A | Current |
| | AB Commercial Real Estate Debt Series 1-B | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | AB Commercial Real Estate Debt Series 1-C | Current |
| | AB Institutional Series B | Current |
| | AB Institutional Series C | Current |
| | AXA REIM SGP | Current |
| | XL Global Services, Inc. | Current |
| Zayo Group Holdings Inc. | CLNC Credit 1, LLC | Current |
| | Colony Capital, Inc. | Closed |
| | Colony Credit Real Estate | Closed |
| | Digital Unison Holdings, LP | Current |
| | Share Class F, LLC | Current |
| Zayo Group Holdings Inc. | EQT AB | Current |
| | EQT Credit | Closed |
| | EQT Mid Market Fund | Closed |
| | EQT Partners UK Advisors LLP | Closed |
| | EQT Public Value Fund | Current |
| | EQT VII Ltd. | Current |

48

## EXHIBIT B

**Rosenfield Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|                          |     |                              |
| ------------------------ | --- | ---------------------------- |
|                          | )   |                              |
| In re:                   | )   | Chapter 11                   |
|                          | )   |                              |
| IQOR HOLDINGS INC., *et al.*,[1] | )   | Case No. 20-34500 (DRJ)      |
|                          | )   |                              |
| Debtors.                 | )   | (Jointly Administered)       |
|                          | )   |                              |
|                          | )   | **Re:  Docket No. __**       |

**DECLARATION OF RUNA G. ROSENFIELD IN SUPPORT
OF THE DEBTOR'S APPLICATION FOR THE ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION EFFECTIVE AS OF SEPTEMBER 10, 2020**

I, Runa G. Rosenfield, being duly sworn, state the following under penalty of perjury:

1.      I am Executive Vice President and General Counsel of iQor Holdings Inc. located at 200 Central Avenue, 7th Floor, St. Petersburg, Florida 33701.

2.      I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective as of September 10, 2020* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/iqor.  The location of the Debtors' service address is:  200 Central Avenue, 7th Floor, St. Petersburg, Florida 33701.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

## The Debtors' Selection of Counsel

3.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.      To that end, the review process utilized by the Debtors here assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings.  Kirkland has represented iQor Holdings Inc. and certain of its affiliates in various corporate and debt financing transactions and is familiar with the Debtors' business operations.

5.      Ultimately, the Debtors retained Kirkland because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code.  More specifically, Kirkland is familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient and timely manner.

## Rate Structure

6.      In my capacity as General Counsel, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  Kirkland has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Kirkland charges for non-bankruptcy representations.   As discussed below, I am also responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Kirkland charged the Debtors in the prepetition period are the same as the rates Kirkland will charge the Debtors in the postpetition period.

**Cost Supervision**

7.     The Debtors have approved the prospective budget and staffing plan for the period from September 10, 2020 through November 10, 2020, recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Kirkland.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the statements that Kirkland regularly submits, and, together with Kirkland, amend the budget and staffing plans periodically, as the case develops.

8.     As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 28, 2020                      Respectfully submitted,

                                               */s/ Runa G. Rosenfield*
                                               iQor Holdings Inc.
                                               Name: Runa G. Rosenfield
                                               Title:  Executive Vice President and General
                                               Counsel