

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/21/2020

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| IQOR HOLDINGS INC., *et al.*,[1] | § | Case No. 20-34500 (DRJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |
| | § | (Docket No. 231) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF EVERCORE GROUP L.L.C., INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM FOR PROFESSIONAL SERVICES RENDERED FROM SEPTEMBER 10, 2020 THROUGH AND INCLUDING OCTOBER 14, 2020 AND RELATED EXPENSE REIMBURSEMENT**

Upon consideration of the *First and Final Fee Application of Evercore Group L.L.C., Investment Banker to the Debtors, for Allowance and Payment of an Administrative Expense Claim for Compensation from September 10, 2020 through and including October 14, 2020* (the "Application"), and good cause existing therefor,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

(i) The Application is APPROVED, and the amount of $8,315,456.00 in fees and expenses is allowed in full on a final basis.

(ii) To the extent not already paid, the Debtors are authorized to promptly pay to Evercore Group L.L.C. allowed fees and expenses in the amount of $8,315,456.00.

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://omniagentsolutions.com/iqor. The location of the Reorganized Debtors' service address is: 200 Central Avenue, 7th Floor, St. Petersburg, Florida 33701.

Signed: December 21, 2020.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**