

ENTERED
01/08/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IQOR HOLDINGS INC., *et al.*,[1] | ) ) | Case No. 20-34500 (DRJ) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF KIRKLAND &
ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR
THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM
SEPTEMBER 10, 2020 THROUGH AND INCLUDING OCTOBER 14, 2020**
(Docket No. 239)

Upon the *First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From September 10, 2020 Through October 14, 2020* (the "Application")[2] filed by Kirkland & Ellis, LLP and Kirkland & Ellis International LLP (together, "K&E"); and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that K&E is hereby allowed on a final basis compensation for attorneys' fees in the amount of $886,010.00 incurred from September 10, 2020 through October 14, 2020 (the "Fee Period"); it is further

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/iqor. The location of the Reorganized Debtors' service address is: 200 Central Avenue, 7th Floor, St. Petersburg, Florida 33701.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that K&E is hereby allowed on a final basis reimbursement of expenses incurred during the Fee Period in the amount of $16,948.99, and it is further

ORDERED that the Debtors are authorized to pay K&E all unpaid fees and expenses allowed pursuant to this Order.

**Signed: January 08, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**