IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/08/2021

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IQOR HOLDINGS INC., *et al.*,[1] | ) ) | Case No. 20-34500 (DRJ) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF
FTI CONSULTING, INC., FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 10, 2020 THROUGH OCTOBER 14, 2020**

(RELATES TO ECF NO. 234)

CAME ON FOR CONSIDERATION, the *First and Final Application of FTI Consulting, Inc., for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Debtors for the Period September 10, 2020 Through October 14, 2020* (the "Application")[2] filed by FTI Consulting Inc., and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the fees and expenses incurred should be allowed and paid by the Debtors, it is therefore:

ORDERED, that FTI Consulting Inc. is hereby allowed final compensation for fees in the amount of $289,725.00 incurred from September 10, 2020 through October 14, 2020; it is further

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/iqor. The location of the Debtors' service address is: 200 Central Avenue, 7th Floor, St. Petersburg, Florida 33701.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that the Debtors are authorized to pay to FTI Consulting Inc. the fees approved herein.

**Signed:  January 08, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**